IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT | Criminal No. 24-1045 (M) |

## MOTION TO SEAL

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. The accompanying documents contain pleadings that are self-explanatory, related to the above-captioned case.

2. The United States respectfully requests that the pleadings be accepted by the Court for filing and appropriate disposition and that they **remain under seal** until further order from this Court.

**WHEREFORE**, the United States respectfully prays the Court accept and file the above-mentioned pleadings, take appropriate action, and that an order be issued directing the pleadings to remain under seal until further order by the Court.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 29th day of October, 2024.

W. STEPHEN MULDROW
United States Attorney

*S/ Emelina M. Agrait Barreto*
**Emelina M. Agrait Barreto**
**USDC 301004**
Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
Tel: 766-5656

*Granted. [signature] 10/31/24*